MAE C. RILEY *v.* STATE EMPLOYEES RETIREMENT
COMMISSION

The defendant's motion to dismiss the appeal
from the Court of Common Pleas in Hartford
County is denied by the court.

*Richard J. Lynch,* assistant attorney general, for
the appellee (defendant).

*David A. Piskorski,* for the appellant (plaintiff).

Argued December 6—decided December 6, 1977

The plaintiff's motion for an order to the trial
court requesting a limited finding in the appeal from
the Court of Common Pleas in Hartford County is
denied by the court.

*David A. Piskorski,* in support of the motion.

Submitted November 23—decided December 6, 1977

HILDA DAVIS ET AL. *v.* ZONING BOARD OF APPEALS OF
THE TOWN OF GROTON ET AL.

The defendants' petition for certification for
appeal from the Court of Common Pleas in New
London County is denied by the court.

*James T. Haviland II* and *Peter J. Bartinik,* in
support of the petition.

*Joseph E. Moukawsher,* in opposition.

Submitted November 29—decided December 6, 1977